### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

GUSTAVO SANCHEZ MARIN

     Plaintiff,

v.

WOK AND ROLL ENTERPRISES, INC., et al.

     Defendants.

Case No. 1:19-cv-02268-RJL

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41, the parties hereby stipulate to the dismissal of this action against all Defendants *with prejudice*, each party to bear its own costs.

Date: December 18, 2019

Respectfully submitted,

/s/ Justin Zelikovitz
JUSTIN ZELIKOVITZ, #986001
DCWAGELAW
519 H Street NW
Washington, DC 20001
Phone: (202) 803-6083
Fax: (202) 683-6102
justin@dcwagelaw.com

*Counsel for Plaintiff*

/s/ Sara McDonough, Esq.
SARA MCDONOUGH, #1022641
ALAN LESCHT AND ASSOCIATES, P.C.
1825 K Street NW, Suite 750
Washington, DC 20006
Phone: (202) 463-6036
Fax: (202) 463-6067
sara.mcdonough@leschtlaw.com

/s/ Alan Lescht, Esq.
ALAN LESCHT, #441691
ALAN LESCHT AND ASSOCIATES, P.C.
1825 K Street NW, Suite 750

2

Washington, DC 20006
Phone: (202) 463-6036
Fax: (202) 463-6067
alan.lescht@leschtlaw.com

*Counsel for Defendants*